# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN ROJAS, an individual and<br>TONY SICKLER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL, et al.,<br><br>    Defendants, | 1:12-cv-1393 LJO GSA<br>**New Case Number : 1:12-cv-1393 LJO JLT**<br><br><br>ORDER TRANSFERRING ACTION |

Plaintiffs filed a complaint on August 24, 2012. (Doc. 1). A review of the complaint reveals that both Plaintiffs reside in Bakersfield, California and the properties at issue in the complaint are also located in Bakersfield, California. Moreover, the events giving rise to this action occurred in Bakersfield, California. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer Thurston. *See*, 28 U.S.C. § 1391(b). The new case number in this case is now **1:12-cv-1393 LJO JLT**. All future filings shall contain this new number. Failure to do so may result in a delay in the processing of this case.

IT IS SO ORDERED.

Dated:   **August 28, 2012**            /s/ **Gary S. Austin**

1

1       UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28